J. Angus Edwards (USB #4563)
Jones Waldo Holbrook & McDonough PC
170 South Main Street, Suite 1500
Salt Lake City, UT 84101-1644
Telephone: (801) 521-3200
aedwards@joneswaldo.com

Steven J. Nataupsky (Pending *Pro Hac Vice*)
steven.nataupsky@knobbe.com
Julianna M. Simon (Pending *Pro Hac Vice*)
julianna.simon@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, California 92614
Telephone:  949-760-0404; Facsimile:  949-760-9502

Attorneys for Plaintiff
Carl's Jr. Restaurants LLC

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CARL'S JR. RESTAURANTS LLC, a Delaware limited liability company, Plaintiff, <br><br> v. <br><br> APOLLO L.C. an Utah limited liability company, <br><br> Defendant. | **FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST APOLLO L.C.** <br><br> Civil No. 2:16-cv-01164-PMW <br><br> Judge Dee Benson |

Plaintiff Carl's Jr. Restaurants LLC ("Carl's Jr.") and Defendant Apollo L.C. ("Apollo Burger") consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.      The Court has personal jurisdiction over each of the parties to this action.  The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and

1121 and 28 U.S.C. §§ 1331, 1338, and 1367(a). Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c).

2.     Carl's Jr. is a limited liability company organized and existing under the laws of the State of Delaware, having a place of business at 6303 Carpinteria Avenue, Suite A, Carpinteria, California 93013.

3.     Apollo Burger is a limited liability company organized and existing under the laws of the State of Utah, having a principal place of business at 940 West 1700 South, Salt Lake City, Utah 84104.

4.     Carl's Jr. filed the Complaint in this lawsuit on November 16, 2016, and Apollo Burger was personally served with the Complaint on November 22, 2016.

5.     Apollo Burger agrees that the following United States Trademark Registrations owned by Carl's Jr. are valid and enforceable:

| MARK | REG. NO. | GOODS/SERVICES | DATE FILED | REG. DATE |
|---|---|---|---|---|
| WESTERN BACON CHEESEBURGER | 1,456,922 | Restaurant services | 12/15/1983 | 09/08/1987 |
| WESTERN BACON CHEESEBURGER | 1,481,762 | Specially prepared hamburger sandwich comprised of a beef patty with bacon, cheese, fried onion rings, and hickory barbeque sauce for consumption on or off the premises | 12/22/1986 | 03/22/1988 |
| DOUBLE WESTERN BACON CHEESEBURGER | 3,895,073 | Food items, namely, sandwiches for consumption on or off the premises | 09/29/2009 | 12/21/2010 |
| THE WESTERN BACON SIX DOLLAR | 2,912,799 | Specially prepared sandwiches, namely, restaurant-style hamburgers | 06/10/2003 | 12/21/2004 |

| MARK | REG. NO. | GOODS/SERVICES | DATE FILED | REG. DATE |
|------|----------|----------------|------------|-----------|
| BURGER | | and cheeseburgers sold at a quick service restaurant outlet at a quick service restaurant price | | |

6.     Apollo Burger agrees that as a result of Carl's Jr.'s substantial and continuous use of Carl's Jr.'s registered trademarks, Carl's Jr. is also the owner of common-law rights in the marks (collectively, "WESTERN BACON CHEESEBURGER Marks").

7.     Apollo Burger admits that it has offered to sell and has sold sandwiches named WESTERN BACON CHEESEBURGER (the "Infringing Products"). True and correct copies of images showing Apollo Burger's unlawfully-used mark that is identical and confusingly similar to Carl's Jr.'s WESTERN BACON CHEESEBURGER Marks are attached hereto as Exhibits 1-3.

8.     Apollo Burger agrees that the marketing and sale of the Infringing Products may have infringed Carl's Jr.'s rights in the WESTERN BACON CHEESEBURGER Marks.

9.     Apollo Burger, and its parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, who receive actual notice of this injunction by personal service or otherwise, are permanently restrained and enjoined from:

        a.  manufacturing, distributing, shipping, importing, displaying, advertising, marketing, promoting, transferring, selling, or offering to sell products that: (i) use or include any of the WESTERN BACON CHEESEBURGER Marks, including, but not limited to, the Infringing Products, or (ii) use or include any marks that are confusingly similar to any of the WESTERN BACON CHEESEBURGER Marks; or

b. otherwise competing unfairly with Carl's Jr.

10. This Court shall retain jurisdiction of this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

11. Apollo Burger agrees to submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

12. This is a final judgment. Any remaining claims set forth in the Complaint filed by Carl's Jr., to the extent not otherwise addressed by this Final Consent Judgment and Permanent Injunction, are hereby dismissed, the Parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

By the Court:

Dated: _Feb. 10, 2017_

Hon. Dee Benson
United States District Judge

# EXHIBIT 1

**APOLLO BURGER**

# MENU

## APOLLO FAVORITES



⊞    Apollo Burger

⊞    Cheeseburger

⊞    Bacon Cheeseburger

⊟    Western Bacon Cheeseburger

**$5.69**

⊞    Double Cheeseburger

⊞    Golden Burger

⊞    Veggie Burger

⊞    Patty Melt

# SIGNATURE BURGERS



⊟    Athenian Burger

## $6.49

⊞    Tangy Bleu Bacon Burger

⊞    Hawaiian Teriyaki Burger

⊞    Portabella Swiss Burger

⊞    YBW Burger (You've Been Warned)

# TASTY SANDWICHES

⊟    Gyro Sandwich

**$5.49**

⊞    Broiled Chicken Sandwich

⊞    Crispy Chicken Sandwich

⊞    Chicken Souvlaki Sandwich

⊞    Roasted Turkey & Avocado

⊞    Bacon Lettuce & Tomato

⊞    Deluxe Grilled Ham & Cheese

⊞    New York Steak Sandwich

⊞    Reuben Sandwich

⊞    Fish Sandwich

# FRESH SALADS



⊟ Grilled Chicken Salad

$7.99

⊞ Crispy Chicken Salad

⊞ Greek Salad

⊞ Cobb Salad

⊞ Cranberry Walnut Spinach Salad

⊞ Chef Salad

# JUNIOR APPETITES



⊟ Junior Apollo Burger

**$5.99**

With Small French Fries and Small Drink
(No Substitutions Please)

⊞ Junior Hamburger

⊞ Junior Grilled Cheese

⊞ Junior Corn Dog

⊞ Junior Chicken Tenders

⊞ Junior Hot Dog

# APPETIZING SIDES



⊟   Fries

**Regular $2.49**
**Large $3.99**

⊞   Sweet Potato Fries

⊞   Onion Rings

⊞   Mozzarella Sticks

⊞   Fried Zucchini

+ Fried Mushroom

+ Corn Dog

+ Chicken Tenders (3pc)

+ Garden Dinner Salad

# GREAT BREAKFAST



− Breakfast Platter

## $5.79

2 eggs, choice of Maple link sausage, bacon, ham or gyro. Served with country potatoes & toast.

⊞   Pancake Breakfast

⊞   French Toast Breakfast

⊞   Mt. Apollo

⊞   N.Y. Steak and Eggs

⊞   Omelet Platter

⊞   Thick French Toast

⊞   Buttermilk Pancakes

⊞   Breakfast Burrito

⊞   Breakfast Sandwich

# DESSERTS



⊟ Hand-Scooped Ice Cream Milkshake

**Regular $3.29**
**Large $4.29**

⊞ Baklava

⊞ Rice Pudding

# DRINKS



 Fountain Drinks

## Regular $1.89
## Medium $2.19
## Large $2.49

Coke, Diet Coke, Root Beer, Sprite, Mr. Pibb, Lemonade, Fruit Punch, Iced Tea, Powerade

Dasani Water



Copyright 2016 Apollo Burger, Inc.
All rights reserved.

MENU    NUTRITION    LOCATIONS    FOOD TRUCK    ABOUT US    CAREERS    CONTACT US

# EXHIBIT 2

APOLLO BURGER

CHEESEBURGER ........................................ 5.49

BACON CHEESEBURGER ........................... 3.99

WESTERN BACON CHEESEBURGER ....... 5.49

DOUBLE CHEESEBURGER ........................ 5.69

GOLDEN BURGER ...................................... 5.69

VEGGIE BURGER ........................................ 5.69

PATTY ........................................................... 5.49

4.99

USA TODAY

VOTING OFFICIALS INSIST NO FRAUD

ATH... .......................................... 3.49

TANG... ....................................... 6.49

HAWAII... .................................... 6.49

PORTOBELLO SWISS

# EXHIBIT 3

